# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2019

157770

JOSHUA ZACKS,
        Plaintiff,

v

JEFF ZACKS, d/b/a UNLIMITED
INSTALLATIONS SERVICES,
        Defendant,
and

1101 WASHINGTON, LLC,
        Defendant/
        Cross-Plaintiff-Appellant,
and

TOTAL OUTDOOR CORPORATION,
        Defendant/
        Cross-Defendant-Appellee.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 157770
COA: 342274
Wayne CC: 16-000653-NI

On order of the Court, the application for leave to appeal the April 20, 2018 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2019

Clerk

t0418